**EXHIBIT 2:** INFRINGEMENT

URL: https://www.stltoday.com/article_87fd945f-b08d-526c-9bd2-e98ce6ef18e9.html

